**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7077**

MICHAEL GOINS, a/k/a Michael D. Goins,

        Plaintiff – Appellant,

    v.

BOB OLSEN, FSV; AMY ENLOE, NP,

        Defendants – Appellees,

    and

PERRY CORRECTION INSTITUTION, THE OFFICIALS OF; SOUTH
CAROLINA DEPARTMENT OF CORRECTIONS, THE,

        Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (4:10-cv-00487-CMC)

Submitted:  August 13, 2012      Decided:  August 17, 2012

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Michael Goins, Appellant Pro Se.  James Victor McDade, DOYLE,
O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Goins seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2006) action for want of prosecution. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on February 25, 2011. The notice of appeal was filed on June 11, 2012. Because Goins failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3